UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALVARO SANCHEZ-AGUILAR,

    Defendant.

NO.  CR-11-2074-RHW

**ORDER STRIKING MOTIONS**

On October 24, 2011, the jury returned a guilty verdict in the above-captioned case.  During the pretrial proceedings, a number of motions were filed; however, some of these motions appear to be unresolved in the Court docket.  In order to effectively manage its docket, the Court strikes these outstanding motions.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion to Dismiss Case (ECF No. 37) is **stricken.**

2.    Defendant's Motion to Strike Portion of the Indictment (ECF No. 38) is **stricken.**

3.    Defendant's Motion in Limine (ECF No. 45) is **stricken.**

4.    Defendant's Supplemental Motion in Limine (ECF No. 50) is **stricken.**

5.    Defendant's Supplemental Motion in Limine (ECF No. 54) is **stricken.**

6.    The Government's Motion for Discovery (ECF No. 63) is **stricken.**

7.    The Government's Motion to Expedite (ECF No. 65) is **stricken.**

1      8.      Defendant's Supplemental Motion in Limine (ECF No. 76) is

2   **stricken.**

3      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

4   order and to provide copies to counsel.

5      **DATED** this 17th day of November, 2011.

6

7                           *s/Robert H. Whaley*
                           ROBERT H. WHALEY
8                        United States District Judge

9

10
Q:\aCRIMINAL\2011\Sanchez-Aguilar\strike.wpd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER STRIKING MOTIONS  ~ 2**